UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : 
 : Chapter 13
COURTNEY RAGIN FRANKLIN : Bankruptcy No.  18-14959-JKF
 :
Debtor(s) :

## CERTIFICATE OF SERVICE

I, Robert D. Steinberg, Esquire, counsel for Debtors hereby certifies that a Copy of the 2nd Amended Chapter 13 Plan was served on December 13, 2018 by regular mail to the Standing Chapter 13 Trustee, William C. Miller and:

U.S. Department of HUD
2401 NW 23rd Street
Oklahoma City, OK 73107

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92629

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA  19101-7317

Jefferson Capital Systems LLC
P.O. Box 772813
Chicago, IL  60677-2813

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101

Nationwide Retirement Solutions
PO Box 182797
Columbus, OH 43218

PGW
c/o City of Philadelphia Law Dept.
1515 Arch Street
Philadelphia, PA 19107

City of Philadelphia-Water Revenue Dept.
1401 JFK Blvd
Philadelphia, PA  19102

RSB Citizens NA
One Citizens Plaza
Providence, RI  02903

Dated: 12-13-18                                          /s/ Robert D. Steinberg
                                                         **ROBERT D. STEINBERG, ESQUIRE**
                                                         Willig, Williams & Davidson
                                                         1845 Walnut Street, 24th Floor
                                                         Philadelphia, PA  19103
                                                         215-814-9225