UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Courtney Ragin Franklin  :
: 
Debtor  : Bankruptcy No. 18-14959  JKF
:
: Chapter 13
:
Pennsylvania Housing Finance  :
Agency  :
:
Movant  :
:
Courtney Ragin Franklin  :
:
:

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF PENNSYLVANIA HOUSING FINANCE AGENCY

Debtor, by and through her attorney, Robert D. Steinberg, Esq. answers the Motion as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor is without information sufficient to form a belief as to the truth or falsity of said allegations and strict proof thereof is demanded at time of trial.

7. Denied. Debtor is without information sufficient to form a belief as to the truth or falsity of said allegations and strict proof thereof is demanded at time of trial.

8. Denied. The Debtor has made post-petition payments. To the extent that Debtor is in arrears post-petition, she can cure that arrearage.

9. Denied. To the extent that Debtor is in arrears post-petition, she can cure that arrearage.

10. Denied.

11. This paragraph contains no allegations of fact and requires no response.

Wherefore, debtor requests that this Honorable Court enter an Order denying the Motion for Relief.

Respectfully submitted,

BY: /s/ ROBERT D. STEINBERG
ROBERT D. STEINBERG, ESQ.
PA ID No. 34818
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
215-814-9225