## UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

COURTNEY RAGIN FRANKLIN

Debtor(s)

: Chapter 13
: Bankruptcy No.   18-14959-JKF

## CERTIFICATE OF SERVICE

I, Robert D. Steinberg, Esquire, counsel for Debtors hereby certifies that a Copy of the Answer to Motion for Relief of Pennsylvania Housing Finance Agency was served on March 26, 2019 by regular mail to the Standing Chapter 13 Trustee, Scott Waterman, Esq.  and:

Rebecca A. Solarz, Esquire
Kevin G. McDonald Esquire
KML Law Group, PC
Suite 5000-BNY Mellon Independence Center
701 Market Street
Philadelphia PA  19106


Dated: 3-26-19

/s/ Robert D. Steinberg
**ROBERT D. STEINBERG, ESQUIRE**
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
215-814-9225