| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-14959-AMC

COURTNEY RAGIN FRANKLIN
726 S 55TH STREET
PHILADELPHIA  PA    19143

Petition Filed Date: 07/27/2018
341 Hearing Date: 09/14/2018
Confirmation Date: 12/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $498.00 | | 03/04/2019 | $500.00 | | 08/26/2019 | $2,000.00 | |
| 09/25/2019 | $800.00 | | 12/03/2019 | $800.00 | 6378299000 | 01/03/2020 | $750.00 | 6454439000 |
| 04/17/2020 | $600.00 | 6721733000 | 06/01/2020 | $1,000.00 | 6833461000 | 06/25/2020 | $544.00 | 6887875000 |
| 07/01/2020 | $500.00 | 6907565000 | 07/15/2020 | $500.00 | 6941767000 | 07/31/2020 | $250.00 | 6941777000 |

**Total Receipts for the Period: $8,742.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,734.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | CONSUMER PORTFOLIO SERVICES<br>»» 002 | Secured Creditors | $71.28 | $0.00 | $71.28 |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $6,626.23 | $6,626.23 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $559.23 | $0.00 | $559.23 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $820.83 | $0.00 | $820.83 |
| 8 | NAVIENT SOLUTIONS INC<br>»» 008 | Unsecured Creditors | $8,821.16 | $0.00 | $8,821.16 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $19,300.23 | $1,537.87 | $17,762.36 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS INC<br>»» 009 | Unsecured Creditors | $21,685.54 | $0.00 | $21,685.54 |
| 10 | NAVIENT SOLUTIONS INC<br>»» 010 | Unsecured Creditors | $28,890.11 | $0.00 | $28,890.11 |
| 11 | NAVIENT SOLUTIONS INC<br>»» 011 | Unsecured Creditors | $22,829.55 | $0.00 | $22,829.55 |
| 12 | FEDERAL LOAN SERVICING<br>»» 012 | Unsecured Creditors | $196,495.13 | $0.00 | $196,495.13 |

**Chapter 13 Case No. 18-14959-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,734.00 | Current Monthly Payment: | $468.00 |
| Paid to Claims: | $8,164.10 | Arrearages: | $618.00 |
| Paid to Trustee: | $949.62 | Total Plan Base: | $28,200.00 |
| Funds on Hand: | $1,620.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.