**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Courtney Ragin Franklin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | Eastern  District of PA (State) |
| Case number | 18-14959-amc |

# Form 4100S

## Supplemental Proof of Claim for CARES Forbearance Claim    02/21

This Supplemental Proof of Claim is filed in compliance with the requirements of 11 U.S.C. § 501(f)(1) as the Debtor was granted a forbearance under the CARES Act (15 U.S.C. § 9056 or 9057). "Creditor" in this form means "eligible creditor" under 11 U.S.C. § 501(f). File this form as a supplement to your proof of claim.

**Name of creditor:** Pennsylvania Housing Finance Agency

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 6 8 7 4

**Property address:** 726 South 55th Street
Philadelphia, PA 19143

### Part 1: Amount of Loan That Was Not Received During Forbearance Period

List of payments not received during forbearance period:

| Date | Amount |
|---|---|
| 11/01/2020 | $623.00 |
| 12/01/2020 | $619.02 |
| 01/01/2021 | $619.02 |

**Total of payments due under the forbearance:** $1,861.04

### Part 2: Information About Agreement to Modify or Defer Loan Obligation

Have the Debtor and Creditor entered into an agreement to modify or defer the loan obligation in connection with the forbearance?

☐ Yes. Include the information required by 11 USC § 501(f)(2)(B)(i)-(iii) and attach copies of the writing outlining the modification or deferral:

  ○ The loan was modified as follows:

  ○ The amount of forborne payments and the deferral date:

☑ No. Debtor or their counsel should contact the Creditor about any resolutions that may be available to the Debtor.

## Part 3: Sign Here

**The person completing this form must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

✗ /s/ Leon P. Haller
Signature

Date 05 / 28 / 2021

Print: Leon P. Haller
First Name / Middle Name / Last Name

Title: Bankruptcy Attorney

Company: Purcell, Krug & Haller

Address: 1719 North Front Street
Number / Street

Harrisburg    PA    17102
City / State / ZIP Code

Contact phone (717) 234 - 4178

Email: lhaller@pkh.com