Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-14959-AMC**

COURTNEY RAGIN  FRANKLIN
726 S 55TH STREET
PHILADELPHIA  PA    19143

Petition Filed Date: 07/27/2018
341 Hearing Date: 09/14/2018
Confirmation Date: 12/19/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $750.00 | 6454439000 | 04/17/2020 | $600.00 | 6721733000 | 06/01/2020 | $1,000.00 | 6833461000 |
| 06/25/2020 | $544.00 | 6887875000 | 07/01/2020 | $500.00 | 6907565000 | 07/15/2020 | $500.00 | 6941767000 |
| 07/31/2020 | $250.00 | 6941777000 | 08/14/2020 | $250.00 | 6941778000 | 08/17/2020 | $398.00 | 7018794000 |
| 08/28/2020 | $250.00 | 6941779000 | 09/11/2020 | $250.00 | 6941780000 | 09/25/2020 | $250.00 | 6941781000 |
| 10/09/2020 | $250.00 | 6941782000 | 10/23/2020 | $250.00 | 6941783000 | 11/06/2020 | $250.00 | 6941784000 |
| 11/20/2020 | $250.00 | 6941785000 | 12/04/2020 | $250.00 | 6941786000 | 12/18/2020 | $250.00 | 6941787000 |
| 01/04/2021 | $250.00 | 6941788000 | 02/16/2021 | $250.00 | 7423617000 | 03/01/2021 | $250.00 | 7423618000 |
| 03/15/2021 | $250.00 | 7423619000 | 03/29/2021 | $250.00 | 7423620000 | 04/12/2021 | $250.00 | 7423621000 |
| 04/26/2021 | $250.00 | 7423622000 | 05/10/2021 | $250.00 | 7423623000 | 05/24/2021 | $250.00 | 7423624000 |
| 06/07/2021 | $250.00 | 7423625000 | | | | | | |

**Total Receipts for the Period:  $9,542.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $16,132.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CONSUMER PORTFOLIO SERVICES »» 002 | Secured Creditors | $71.28 | $15.42 | $55.86 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $6,626.23 | $6,626.23 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $559.23 | $0.00 | $559.23 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $820.83 | $0.00 | $820.83 |
| 8 | NAVIENT SOLUTIONS INC »» 008 | Unsecured Creditors | $8,821.16 | $0.00 | $8,821.16 |
| 5 | PA HOUSING FINANCE AGENCY »» 005 | Mortgage Arrears | $19,300.23 | $7,179.83 | $12,120.40 |
| 6 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS INC »» 009 | Unsecured Creditors | $21,685.54 | $0.00 | $21,685.54 |
| 10 | NAVIENT SOLUTIONS INC »» 010 | Unsecured Creditors | $28,890.11 | $0.00 | $28,890.11 |
| 11 | NAVIENT SOLUTIONS INC »» 011 | Unsecured Creditors | $22,829.55 | $0.00 | $22,829.55 |

**Chapter 13 Case No. 18-14959-AMC**

| 12 | FEDERAL LOAN SERVICING »» 012 | Unsecured Creditors | $196,495.13 | $0.00 | $196,495.13 |
|---|---|---|---|---|---|

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,132.00 | Current Monthly Payment: | $468.00 |
| Paid to Claims: | $13,821.48 | Arrearages: | ($100.00) |
| Paid to Trustee: | $1,391.92 | Total Plan Base: | $28,200.00 |
| Funds on Hand: | $918.60 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.