| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-14959-AMC**

COURTNEY RAGIN FRANKLIN
726 S 55TH STREET
PHILADELPHIA  PA    19143

Petition Filed Date: 07/27/2018
341 Hearing Date: 09/14/2018
Confirmation Date: 12/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $250.00 | 7423621000 | 04/26/2021 | $250.00 | 7423622000 | 05/10/2021 | $250.00 | 7423623000 |
| 05/24/2021 | $250.00 | 7423624000 | 06/07/2021 | $250.00 | 7423625000 | 06/21/2021 | $250.00 | 7423626000 |
| 07/06/2021 | $250.00 | 7423627000 | 07/19/2021 | $250.00 | 7423628000 | 09/22/2021 | $250.00 | |
| 10/06/2021 | $250.00 | | 10/20/2021 | $250.00 | | 11/03/2021 | $250.00 | |
| 11/18/2021 | $250.00 | | 12/02/2021 | $250.00 | | 12/15/2021 | $250.00 | |
| 12/29/2021 | $250.00 | | 01/12/2022 | $250.00 | | 01/26/2022 | $250.00 | |
| 02/09/2022 | $250.00 | | 02/24/2022 | $250.00 | | 03/09/2022 | $250.00 | |
| 03/23/2022 | $250.00 | | 04/06/2022 | $250.00 | | 07/29/2022 | $250.00 | |

**Total Receipts for the Period:  $6,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,882.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CONSUMER PORTFOLIO SERVICES<br>»» 002 | Secured Creditors | $71.28 | $30.69 | $40.59 |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $6,626.23 | $6,626.23 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $559.23 | $0.00 | $559.23 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $820.83 | $0.00 | $820.83 |
| 8 | NAVIENT SOLUTIONS INC<br>»» 008 | Unsecured Creditors | $8,821.16 | $0.00 | $8,821.16 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $19,300.23 | $12,188.84 | $7,111.39 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS INC<br>»» 009 | Unsecured Creditors | $21,685.54 | $0.00 | $21,685.54 |
| 10 | NAVIENT SOLUTIONS INC<br>»» 010 | Unsecured Creditors | $28,890.11 | $0.00 | $28,890.11 |
| 11 | NAVIENT SOLUTIONS INC<br>»» 011 | Unsecured Creditors | $22,829.55 | $0.00 | $22,829.55 |
| 12 | FEDERAL LOAN SERVICING<br>»» 012 | Unsecured Creditors | $196,495.13 | $0.00 | $196,495.13 |

| 0 | ROBERT D STEINBERG ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,882.00 | Current Monthly Payment: | $468.00 |
| Paid to Claims: | $18,845.76 | Arrearages: | $1,702.00 |
| Paid to Trustee: | $1,791.92 | Total Plan Base: | $28,200.00 |
| Funds on Hand: | $244.32 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.