*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Courtney Ragin Franklin
    Debtor(s)

Case No: 18–14959–amc

Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation terms Filed by BRIAN CRAIG NICHOLAS on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY

    on: 5/3/23

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/20/23

Timothy B. McGrath
Clerk of Court

57 – 55
Form 167