United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 18-14959-amc
Courtney Ragin Franklin     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Mar 20, 2023     Form ID: 167     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney Ragin Franklin, 726 S. 55th Street, Philadelphia, PA 19143-2506 |
| 14171828 | + | Alliance One Receivables Management, PO Box 1259, Dept. 114164, Oaks, PA 19456-1259 |
| 14171833 | + | Fingerhut, c/o Blatt, Hsenmiller, Leibsker & Moore, 10 S. LaSalle Street, Suite 2200, Chicago, IL 60603-1069 |
| 14171836 | | Jefferson Capital Systems, 101 S. LaSalle Street, Chicago, IL 60603 |
| 14204156 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, REBECCA ANN SOLARZ, KML Law Group, P.C., 710 Market Street, Ste. 5000, Philadelphia, PA 19106-2312 |
| 14171839 | + | PGW, c/o City of Phila Law Department, 1515 Arch Street, Philadelphia, PA 19102-1511 |
| 14171840 | + | PHFA Mortgage, 211 N. Front Street, Harrisburg, PA 17101-1466 |
| 14171842 | + | RSB Citizens NA, One Citizens Plaza, Providence, RI 02903-1344 |
| 14401353 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2023 00:39:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14171829 | + | Email/Text: bnc-applied@quantum3group.com | Mar 21 2023 00:27:00 | APPLIED BANK, 660 PLAZA DRIVE, Newark, DE 19702-6369 |
| 14250759 | | Email/Text: megan.harper@phila.gov | Mar 21 2023 00:27:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14171830 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2023 00:39:03 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14171831 | + | Email/Text: megan.harper@phila.gov | Mar 21 2023 00:27:00 | City of Philadelphia-Water Revenue Dept., 1401 JFK Blvd, Philadelphia, PA 19102-1617 |
| 14171832 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 21 2023 00:27:00 | Consumer Portolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 14171834 | + | Email/Text: bankruptcy@fncbinc.com | Mar 21 2023 00:27:00 | First National Collection Bureau, 610 Waltham Way, Sparks, NV 89437-6695 |
| 14171835 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2023 00:27:00 | Internal Revenue Service, United States Department of the Treasury, Philadelphia, PA 19255-1498 |
| 14195733 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 21 2023 00:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14171837 | ^ | MEBN | Mar 21 2023 00:22:31 | Nationwide Retirement Solutions, PO Box 182797, Columbus, OH 43218-2797 |
| 14391545 | | Email/PDF: pa_dc_claims@navient.com | Mar 21 2023 00:39:08 | Navient CFC c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

Case 18-14959-amc    Doc 58    Filed 03/22/23    Entered 03/23/23 00:31:46    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2023 | Form ID: 167 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14391543 | | Email/PDF: pa_dc_claims@navient.com | Mar 21 2023 00:39:03 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14171838 | + | Email/Text: blegal@phfa.org | Mar 21 2023 00:27:00 | PA Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 14209401 | + | Email/Text: blegal@phfa.org | Mar 21 2023 00:27:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14171841 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2023 00:39:06 | PORTFOLIO RECOVERY ASS, 120 CORPORATE BLVD, SUITE 1, Norfolk, VA 23502-4952 |
| 14172640 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 21 2023 00:39:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14391547 | | Email/PDF: pa_dc_claims@navient.com | Mar 21 2023 00:39:06 | SLM BANK c/o, Navient Solutions, LLC.., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14175148 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 21 2023 00:39:03 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14171843 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 21 2023 00:27:00 | World Financial Network Bank, P.O. Box 182124, Columbus, OH 43218-2124 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| ROBERT D. STEINBERG | on behalf of Debtor Courtney Ragin Franklin rsteinberg@wwdlaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 20, 2023 | Form ID: 167 | Total Noticed: 28 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Courtney Ragin Franklin
    Debtor(s)

Case No: 18−14959−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation terms Filed by BRIAN CRAIG NICHOLAS on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY

on: 5/3/23

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/20/23

Timothy B. McGrath
Clerk of Court

57 − 55
Form 167