| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 18-14959-AMC**

COURTNEY RAGIN  FRANKLIN
726 S 55TH STREET
PHILADELPHIA  PA    19143

Petition Filed Date: 07/27/2018
341 Hearing Date: 09/14/2018
Confirmation Date: 12/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $250.00 | | 08/15/2022 | $500.00 | | 08/25/2022 | $950.00 | |
| 08/29/2022 | $5.00 | | 09/22/2022 | $250.00 | | 10/06/2022 | $250.00 | |
| 10/20/2022 | $250.00 | | 11/04/2022 | $250.00 | | 11/21/2022 | $250.00 | |
| 12/02/2022 | $250.00 | | 12/15/2022 | $250.00 | | 12/30/2022 | $250.00 | |
| 01/12/2023 | $250.00 | | 01/26/2023 | $250.00 | | 02/09/2023 | $250.00 | |
| 03/09/2023 | $250.00 | | 03/23/2023 | $250.00 | | 04/20/2023 | $250.00 | |
| 06/02/2023 | $250.00 | | | | | | | |

**Total Receipts for the Period: $5,455.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,337.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CONSUMER PORTFOLIO SERVICES  »» 002 | Secured Creditors | $71.28 | $63.47 | $7.81 |
| 1 | US DEPT OF HUD  »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)  »» 03P | Priority Crediors | $6,626.23 | $6,626.23 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)  »» 03U | Unsecured Creditors | $559.23 | $0.00 | $559.23 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC  »» 003 | Unsecured Creditors | $820.83 | $0.00 | $820.83 |
| 8 | NAVIENT SOLUTIONS INC  »» 008 | Unsecured Creditors | $8,821.16 | $0.00 | $8,821.16 |
| 5 | PA HOUSING FINANCE AGENCY  »» 005 | Mortgage Arrears | $19,300.23 | $17,413.14 | $1,887.09 |
| 6 | CITY OF PHILADELPHIA (LD)  »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)  »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS INC  »» 009 | Unsecured Creditors | $21,685.54 | $0.00 | $21,685.54 |
| 10 | NAVIENT SOLUTIONS INC  »» 010 | Unsecured Creditors | $28,890.11 | $0.00 | $28,890.11 |
| 11 | NAVIENT SOLUTIONS INC  »» 011 | Unsecured Creditors | $22,829.55 | $0.00 | $22,829.55 |
| 12 | FEDERAL LOAN SERVICING  »» 012 | Unsecured Creditors | $196,495.13 | $0.00 | $196,495.13 |
| 0 | ROBERT D STEINBERG ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,337.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $24,102.84 | Arrearages: | $1,863.00 |
| Paid to Trustee: | $2,233.32 | Total Plan Base: | $28,200.00 |
| Funds on Hand: | $0.84 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.