UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KIA JOHNSON-THOMAS<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 18-15644-AMC |

## PRAECIPE

TO THE CLERK:

Please withdraw the Trustee's Motion to Dismiss filed on or about June 7, 2023 at docket number 55 in the above referenced case.

                          Respectfully Submitted

Date: September 21, 2023            */s/ Scott F. Waterman*
                                          Scott F. Waterman, Esq.
                                          Standing Chapter 13 Trustee