IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Courtney Ragin Franklin    :    Bankruptcy No. 18-14959-AMC

        Debtor(s)    :    Chapter 13

### PRAECIPE

    Please withdraw Docket #72, Praecipe to Withdraw Document as this document was filed in error with wrong caption.

Respectfully submitted,

Date:  September 26, 2023    /s/ Scott F. Waterman
    Scott F. Waterman
    Standing Chapter 13 Trustee - Reading