## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:  Stephanie Brooks-Manning,** | : | **CHAPTER 13** |
| | : | **CASE NO.: 18-15889-elf** |
| **Debtor,** | : | |

### PRAECIPE TO WITHDRAW DEBTOR'S RESPONSE

To the Clerk,

Kindly withdraw Response to Certification of Default filed by Creditor FLAGSTAR BANK, FSB, filed on 5/17/2022, docket number 97.

Dated:  June 28, 2022                                             Respectfully Submitted,

                                                                  /s/ Michelle Lee
                                                                  Michelle Lee, Esquire
                                                                  Margolis Edelstein
                                                                  170 S. Independence Mall W., Suite 400E
                                                                  Philadelphia, PA 19014

{00362533;v1}