# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie Brooks-Manning<br>_Debtor(s)_<br><br>FLAGSTAR BANK<br>_Moving Party_<br>vs.<br><br>Stephanie Brooks-Manning<br>_Debtor(s)_<br><br>George Manning<br>_Co-Debtor_<br><br>and Kenneth E. West Esq.<br>_Trustee_ | Chapter 13<br><br>NO. 18-15889 ELF |

## ORDER

AND NOW, this 28th day of June, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 22, 2020 it is **ORDERED** that:

The automatic stay under 11 U.S.C. <u>11 U.S.C. Sections 362</u> and <u>1301</u> (if applicable), is modified to allow FLAGSTAR BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 305 Bok Road Wyncote, PA 19095.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**