**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     STEPHANIE BROOKS-MANNING,    :    Chapter 13
:
Debtor    :    Bky. No. 18-15889 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATION FOR ALLOWANCE OF COMPENSATION**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Upon request of Debtor's counsel that the court retain jurisdiction to permit the filing of an application for allowance of supplemental compensation ("the Application"), the court will **RETAIN JURISDICTION** to consider the Application.

4. Debtor's counsel shall file the Application within **fourteen (14) days** from the entry of this Order.

Date: September 28, 2022

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE