## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:     STEPHANIE BROOKS-MANNING, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 18-15889 ELF |

### O R D E R

**AND NOW**, the court having entered an order retaining jurisdiction in this dismissed chapter 13 case to permit the Debtor's counsel to file an application for allowance of supplemental compensation;

**AND**, the court having set a deadline for the filing of the application;

**AND**, the deadline having passed without the filing of the application;

It is therefore **ORDERED AND DETERMINED** that the court **RELINQUISHES THE JURISDICTION PREVIOUSLY RETAINED** and now lacks jurisdiction to allow further compensation to the Debtor's counsel.

Date: October 14, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**